Certificate Number: 13858-PAM-DE-033061645

Bankruptcy Case Number: 19-02416


13858-PAM-DE-033061645

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on July 3, 2019, at 11:16 o'clock PM EDT, Anthony Augustine completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 3, 2019                By:    /s/Karlee Ann Reardon

                                  Name:  Karlee Ann Reardon

                                  Title: Counselor