```
                               United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                                  Case No. 19-02416-HWV
Anthony Wayne Augustine                                                                 Chapter 13
                Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0314-1           User: REshelman              Page 1 of 2                 Date Rcvd: Jul 15, 2019
                               Form ID: ntcnfhrg            Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2019.
db             +Anthony Wayne Augustine,    1257 Peggy Drive,    Hummelstown, PA 17036-9017
5206665        +AARON'S LEASING,   KFJ ENTERPRISES LLC,    2525 PAXTON STREET,    HARRISBURG, PA 17111-1034
5206667         ACI,   2420 SWEET HOME ROAD, STE 150,    AMHERST, NY 14228-2244
5206668         ALLY FINANCIAL INC,    ATT CEO JEFFREY J BROWN,    ALLY DETROIT CENTER,    DETROIT, MI 48226
5206672        +BK OF MO/TV,    5109 S BROADBAND LANE,    SIOUX FALLS, SD 57108-2208
5206676        +CITIZENS BANK,    ONE CITIZENS DR,    RIVERSIDE, RI 02915-3000
5206678        +CONVERGENT OUTSOURCING INC,    800 SW 39TH STREET,    PO BOX 9004,    RENTON, WA 98057-9004
5206679       ++CREDIT WORLD SERVICES   INC,    6000 MARTWAY ST,    MISSION KS 66202-3389
                (address filed with court: CREDIT WORLD SERVICES INC,      6000 MARTWAY STREET,
                  SHAWNEE MISSION, KS 66202)
5206680        +DAUPHIN COUNTY DOMESTIC RELATIONS,    PO BOX 1295,    HARRISBURG, PA 17108-1295
5206687        +JOANNE L AUGUSTINE,    2 MOUNTAIN RAOD,    LEWISBERRY, PA 17339-9758
5206688        +LOAN DEPOT,    26642 TOWNE CENTRE DRIVE,    FOOTHILL RANCH, CA 92610-2808
5206690        +MABT/TOTVISA,    5109 S BROADBAND LANE,    SIOUX FALLS, SD 57108-2208
5206691         MDG USA,    3422 OLD CAPITOL TRAIL,    PMB# 1993,    WILMINGTON, DE 19808-6124
5206694        +NORTH SHORE AGENCY CORRESPONDENCE,    PO BOX 9221,    OLD BETHPAGE, NY 11804-9021
5206695        +NORTHSTAR LOCATION SERVICES LLC,    4285 GENESEE STREET,    CHEEKTOWAGA, NY 14225-1943
5206696        +PAYPAL,    BANKRUPTCY NOTICES,    PO BOX 5138,    TIMONIUM, MD 21094-5138
5206697        +PAYPAL CREDIT,    BANKRUPTCY NOTICES,    PO BOX 5138,    TIMONIUM, MD 21094-5138
5206699        +PNC BANK,    2730 LIBERTY AVENUE,    PITTSBURGH, PA 15222-4747
5206700        +POWER TRAIN GYM,    30 E GRANAD AVENUE #200,    HERSHEY, PA 17033-1591
5206701        +REBECCA MAE AUGUSTINE,    1257 PEGGY DRIVE,    HUMMELSTOWN, PA 17036-9017
5206702        +REGENCY HILLS CONDO ASSOC,    C/O WIX WENGER & WEIDNER,    PO BOX 845,
                 HARRISBURG, PA 17108-0845
5210862         Regency Hills Condominium Unit Owners Assn.,      c/o Stephen J. Dzuranin, Esquire,
                 Wix, Wenger & Weidner,    PO Box 845,    Harrisburg, PA 17108-0845
5206703         SANTANDER CONSUMER USA,    BANKRUPTCY DEPARTMENT,    PO BOX 560284,    DALLAS, TX 75356-0284
5206705        +TBOM/MILSTNE,    PO BOX 8099,    NEWARK, DE 19714-8099
5206706        +THE BRADFORD EXCHANGE,    9333 N MILWAUKEE AVENUE,    NILES, IL 60714-1392
5206707        +UNEMP COMP OVERPAYMENT MATTERS,    DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                 651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
5206708        +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                 HARRISBURG, PA 17121-0751
5206709        +USAA SAVINGS BANK,    10750 MCDERMOTT PWY FWY,    SAN ANTONIO, TX 78288-1600
5206710        +VA MORTGAGE GUARANTEE,    DEPT VETS AFFAIRS, REGIONAL LOAN CENTER,    1240 EAST NINTH STREET,
                 CLEVELAND, OH 44199-9904
5206711        +WILLIAM AUGUSTINE,    2804 OAKWOOD DRIVE,    HARRISBURG, PA 17110-3902

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5206666        +E-mail/Text: ed.doyle@accountcontrolsystems.com Jul 15 2019 19:56:36
                 ACCOUNT CONTROL SYSTEMS,    85 CHESTNUT RIDGE RD, STE 113,    MONTVALE, NJ 07645-1836
5206670         E-mail/Text: bnc-applied@quantum3group.com Jul 15 2019 19:56:21      APPLIED BANK,
                 4700 EXCHANGE COURT,    BOCA RATON, FL 33431
5206671        +E-mail/Text: g20956@att.com Jul 15 2019 19:56:26      AT&T MOBILITY,
                 15901 E SKELLY DRIVE (PHILA),    TULSA, OK 74116-2809
5206673        +E-mail/Text: brendar@cameron.edu Jul 15 2019 19:56:37      CAMERON UNIVERSITY,    ACCOUNT BILILNG,
                 2800 WEST GORE BLVD,    LAWTON, OK 73505-6320
5206674        +E-mail/Text: cms-bk@cms-collect.com Jul 15 2019 19:55:45      CAPITAL MANAGEMENT SERVICES, LP,
                 698 1/2 SOUTH OGDEN STREET,    BUFFALO, NY 14206-2317
5206675        +E-mail/Text: dehartstaff@pamd13trustee.com Jul 15 2019 19:56:24      CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
5206677         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 15 2019 19:55:54      COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
5206679         E-mail/Text: cws@creditworldservices.com Jul 15 2019 19:55:26      CREDIT WORLD SERVICES INC,
                 6000 MARTWAY STREET,    SHAWNEE MISSION, KS 66202
5206681         E-mail/Text: bankruptcynotices@dcicollect.com Jul 15 2019 19:56:25
                 DIVERSIFIED CONSULTANTS, INC,    PO BOX 551268,    JACKSONVILLE, FL 32255-1268
5206682        +E-mail/PDF: pa_dc_ed@navient.com Jul 15 2019 20:02:56      DPT ED/NAVI,    PO BOX 9635,
                 WILKES BARRE, PA 18773-9635
5206683        +E-mail/Text: jstauffe_BK@ebay.com Jul 15 2019 19:55:49      EBAY INC,    PO BOX 2179,
                 CAROL STREAM, IL 60132-2179
5206684        +E-mail/Text: bknotice@ercbpo.com Jul 15 2019 19:56:12      ERC,    PO BOX 57547,
                 JACKSONVILLE, FL 32241-7547
5206685        +E-mail/Text: bankruptcy@flexshopper.com Jul 15 2019 19:56:46      FLEXSHOPPER, LLC,
                 2700 NORTH MILITARY TRAIL, STE 200,    BOCA RATON, FL 33431-6394
5206686         E-mail/Text: cio.bncmail@irs.gov Jul 15 2019 19:55:38      INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
5206689        +E-mail/Text: ebn@ltdfin.com Jul 15 2019 19:55:45      LTD FINANCIAL SERVICES LP,
                 7322 SOUTHWEST FREEWAY,    SUITE 1600,    HOUSTON, TX 77074-2134
5206692        +E-mail/Text: unger@members1st.org Jul 15 2019 19:56:35      MEMBERS 1ST FCU,    5000 LOUISE DR,
                 PO BOX 40,    MECHANICSBURG, PA 17055-0040
5206693        +E-mail/Text: bankruptcy@sccompanies.com Jul 15 2019 19:56:43      MONTGOMERY WARD,
                 1112 7TH AVENUE,    MONROE, WI 53566-1364
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5221821           E-mail/Text: bnc-quantum@quantum3group.com Jul 15 2019 19:55:48
                  Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA  98083-0788
5206704          +E-mail/Text: bankruptcy@sccompanies.com Jul 15 2019 19:55:20       STONEBERRY,
                  1356 WILLIAMS STREET,    CHIPPEWA FALLS, WI 54729-1500
5221708          +E-mail/Text: bankruptcy@sccompanies.com Jul 15 2019 19:55:20       Stoneberry,
                  c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
                                                                                               TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5206669         ##+ALPHA RECOVERY CORP,    5660 GREENWOOD PLAZA BLVD, STE 101,    ENGLEWOOD, CO 80111-2417
5206698         ##+PENN CREDIT CORP,    916 S 14TH STREET,    HARRISBURG, PA 17104-3425
                                                                                     TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                                        Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    LoanDepot.com, LLC bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Anthony Wayne Augustine karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Stephen J Dzuranin     on behalf of Creditor    Regency Hills Condominium Unit Owners Association
               sdzuranin@wwwpalaw.com,    dwilliamson@wwwpalaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Anthony Wayne Augustine,
aka Tony Augustine,

**Debtor 1**

Chapter 13

Case No. 1:19−bk−02416−HWV

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 21, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: August 28, 2019<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 15, 2019 |

ntcnfhrg (03/18)