# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*
Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
Website: http://www.mottgendronlaw.com

| | |
|---|---|
| Dorothy L. Mott, Esquire | Telephone: (717) 232-6650 |
| Kara K. Gendron, Esquire | Fax: (717) 232-0477 |

August 27, 2019

CLERK, U.S. BANKRUPTCY COURT
THE RONALD REAGAN FEDERAL BUILDING
228 WALNUT STREET, ROOM 320
HARRISBURG, PA 17101

Re: Anthony Wayne Augustine
BANKRUPTCY CASE NO:1:19-bk-02416

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address for the above referenced debtor to:

2 Mountain Road
Lewisberry, PA 17339


Please remove old address from mailing matrix.

1257 Peggy Drive
Hummelstown, PA 17036

Thank you for your attention to this matter.


Sincerely,

/s/ Elizabeth Snyder
Elizabeth Snyder, Paralegal