## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER 13** |
| **ANTHONY WAYNE AUGUSTINE** | : | |
| aka Tony Augustine | : | **CASE NO. 1:19-bk-02416** |
| Debtor | : | |

### MOTION TO DISMISS CHAPTER 13 PURSUANT TO 11 U.S.C. §1307(b)

COMES NOW the Debtor, by and through attorney Dorothy L. Mott, and moves to voluntarily dismiss the Chapter 13 proceeding.

1.  The Debtor no longer wishes to comply with the Chapter 13 Plan and does not desire to modify the plan.

2.  This case has not been converted to Chapter 13 from another Chapter.

3.  Under 11 U.S.C.§1307(b) the Debtor is entitled to have this case dismissed at any time.

WHEREFORE, Debtor respectfully requests that this Court dismiss this case and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Dorothy L. Mott

_____
Dorothy L. Mott, Esquire
125 State Street
Harrisburg, PA 17101
(717)232–6650
doriemott@aol.com

/s/ Anthony Wayne Augustine

_____
Anthony Wayne Augustine

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | **:** | **CHAPTER 13** |
| **ANTHONY WAYNE AUGUSTINE** | **:** | |
| **aka Tony Augustine** | **:** | **CASE NO. 1:19-bk-02416** |
| **Debtor** | **:** | |
| | **:** | |
| | **:** | |

# O R D E R

Upon Consideration of the Motion to Dismiss Case filed by the Debtor, it is hereby

ORDERED that the Debtor's case is Dismissed.